Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*

11th Circuit Docket Number: 22-14026-CC

| Caption: | |
|---|---|
| MICHAEL DAVIS, individually and on behalf of all others similarly situated | District and Division: USDC Southern District of Florida |
| | Name of Judge: K. Michael Moore |
| | Nature of Suit: Consumer Credit |
| | Date Complaint Filed: 04/26/22 (Broward County Circuit Court) |
| | District Court Docket Number: 0:22-cv-61070-KMM |
| vs. | Date Notice of Appeal Filed: 11/29/2022 |
| | ☐ Cross Appeal   ☑ Class Action |
| PROFESSIONAL PARKING MANAGEMENT CORPORATION and YSA ARM LLC d/b/a OXYGEN XL | Has this matter previously been before this court? ☐ Yes ☑ No |
| | If Yes, provide |
| | (a) Caption: _____ |
| | (b) Citation: _____ |
| | (c) Docket Number: _____ |

For Appellant:
☑ Plaintiff
☐ Defendant
☐ Other (Specify)

Attorney Name: Daniel DeSouza

Mailing Address: 3111 N. University Dr., Suite 301, Coral Springs, FL 33065

Telephone, Fax, Email: 877-437-6228

For Appellee:
☐ Plaintiff
☐ Defendant
☐ Other (Specify)

Devin Freedman

1 SE 3rd Avenue
Suite 1240
Miami, FL
33131

305-971-5943

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant: $_____ |
| ☐ US Plaintiff | | ☐ Summary Judgment | |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded: $_____ to _____ |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions: ☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ Preliminary   ☐ Granted |
| | ☐ 54(b) | ☐ Other _____ | ☐ Permanent    ☐ Denied |

Page 2						11th Circuit Docket Number: __22-14026-CC_____

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
    What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☐ Yes   ☑ No

    If Yes, provide
    (a) Case Name/Statute _____
    (b) Citation _____
    (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☑ No

    If Yes, provide
    (a) Case Name _____
    (b) Citation _____
    (c) Docket Number if unreported _____
    (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
    (b) Among circuits?   ☐ Yes   ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    **Whether the District Court properly dismissed Plaintiff's claim with prejudice as a result of Plaintiff not alleging that he paid the parking ticket/citation issued by appellee Professional Parking.**

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __24th_____ DAY OF __January_____, __2023_____.

Daniel DeSouza, Esq.								/s/ Daniel DeSouza
NAME OF COUNSEL (Print)								SIGNATURE OF COUNSEL